```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREN WALLIS                  :    CIVIL ACTION
                               :
         v.                    :
                               :
TEVA PHARMACEUTICALS USA,      :
INC., et al.                   :    NO. 18-3990
```

ORDER

AND NOW, this 18th day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants Teva Women's Inc., CooperSurgical, Inc., and The Cooper Companies, Inc. to transfer this action under 28 U.S.C. § 1404(a) to the United States District Court for the District of Utah is GRANTED.

                                  BY THE COURT:


                                  /s/ Harvey Bartle III
                                                      J.